■ MIL-PINE PLAZA, INC., Respondent, v MISTER DONUT OF AMERICA, INC., Appellant.—Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Niagara Supreme Court—strike note of issue.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ In the Matter of CAROL A. SIWEK, Appellant-Respondent, v CORA PRANTNER, Respondent-Appellant, and BOARD OF ELECTIONS OF ERIE COUNTY, Respondent.—Order unanimously affirmed, without costs (see *Matter of Haynie v Mahoney,* 48 NY2d 718; Election Law, § 8-308, subd 4; §§ 5-100, 5-400). (Appeal from order of Erie Supreme Court—Election Law.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Callahan and Witmer, JJ. (Decided Oct. 14, 1980.)

## (October 31, 1980)

■ In the Matter of WILLIAM J. DAETSCH.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Witmer, JJ.

■ In the Matter of MATTHEW NEWMAN.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Dillon, P. J., Cardamone, Schnepp, Witmer and Moule, JJ.

■ In the Matter of DENNIS M. PIZZO, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Cardamone, Simons, Hancock, Jr., and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v SIMON DOUGLASS, JR., Defendant.—Motion for reargument denied; application for writ of error *coram nobis* denied without prejudice to making an appropriate application in the Monroe County Court if so advised.